Jose Roberto FERNANDEZ–
RUIZ, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 03–74533.

United States Court of Appeals,
Ninth Circuit.

Dec. 13, 2005.

Erica K. Rocush, Esq., Snell & Wilmer, LLP, Tucson, AZ, for Petitioner.

Jose Roberto Fernandez–Ruiz, I&NS—Service Processing Center, Florence, AZ, pro se.

Ronald E. LeFevre, Chief Counsel, Office of The District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, Office of The District Chief Counsel, U.S. Department of Homeland Security, Phoenix, AZ, Donald E. Keener, Esq., John J. Andre, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.